IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCHANTS MUTUAL INS. CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD W. BENCHOFF, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 09-418<br><br>Chief Judge Donetta W. Ambrose/<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. Nos. 3, 13 |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on April 9, 2009, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges on April 9, 2009.

The Magistrate Judge's Report and Recommendation, filed on July 1, 2009, recommended that Defendant's Motion to Transfer (Doc. No. 3) be denied. Service was made on counsel for all parties. No objections to the Report and Recommendation were filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of July, 2009,

IT IS HEREBY ORDERED that Defendant's Motion to Transfer (Doc. No. 3) is DENIED.

The Report and Recommendation of Magistrate Judge Lenihan, dated July 1, 2009 (Doc. No. 13), is adopted as the opinion of the Court.

By the Court:

*Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

All Counsel of Record
Via Electronic Mail